727. *Mr. Samuel Bosworth Smith* and *Mr. George E. Maddox* for plaintiff in error. *Mr. George Westmoreland* for defendant in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF OREGON EILERS MUSIC HOUSE, PETITIONER. Submitted October 4, 1921. Decided October 24, 1921. Motion for leave to file petition for a writ of prohibition herein denied. *Mr. Will R. King, Mr. Thomas Mannix* and *Mr. C. A. A. McGee* for petitioner. *Mr. Levi Cooke* and *Mr. William C. Bristol* for respondent.

---

No. 370. LEHIGH VALLEY RAILROAD COMPANY *v.* JOHN LYSAGHT, LIMITED. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm submitted October 17, 1921. Decided October 24, 1921. *Per Curiam.* Dismissed for lack of jurisdiction in this court upon the authority of *Southern Pacific Co. v. Stewart,* 245 U. S. 359. *Mr. Charles A. Boston, Mr. Edgar H. Boles, Mr. George S. Hobart* and *Mr. Lindley M. Garrison* for plaintiff in error. *Mr. W. Kintzing Post* for defendant in error.

---

No. 43. PHILADELPHIA & READING RAILWAY COMPANY *v.* AMY SMITH. Certiorari to the Supreme Court of the State of Pennsylvania. Submitted October 17, 1921. Decided November 7, 1921. *Per Curiam.* Reversed with costs, upon authority of *Philadelphia & Reading Ry. Co. v. Di Donato,* 256 U. S. 327. *Mr. George Gowen Parry* for petitioner. *Mr. Roscoe R. Koch* for respondent.

---

No. 44. ABDUL SAMAD *v.* HENRY BEHRANDT, U. S. MARSHAL, ETC., ET AL. Appeal from the District Court of the United States for the Eastern District of Michigan. Ar-

gued October 18, 1921. Decided November 7, 1921. *Per Curiam*. Dismissed for want of jurisdiction upon the authority of *Brolan* v. *United States*, 236 U. S. 216, 217–218; *Sugarman* v. *United States*, 249 U. S. 182, 185. *Mr. Hannis Taylor* for appellant. *Mr. William C. Herron* with whom *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* were on the brief, for appellees.

---

No. 111. JULIA BOYLAN ET AL. *v:* UNITED STATES. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted October 24, 1921. Decided November 7, 1921. *Per Curiam*. Dismissed for want of jurisdiction, due to failure to apply for writ of error within the statutory period which began with the date of the entry of the final judgment of the Circuit Court of Appeals to which the writ of error issued, and not with date of the entry of the judgment in the District Court under the mandate of the Circuit Court of Appeals. Act of September 6, 1916, c. 448, § 6, 39 Stat. 726, 727. *Mr. William F. Santry* and *Mr. E. Leland Hunt* for plaintiffs in error. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Riter* for the United States.

---

No. —, Original. *Ex parte:* IN THE MATTER OF BRADY W. WARNER, PETITIONER. Submitted November 7, 1921. Decided November 14, 1921. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Frans E. Lindquist* for petitioner.

---

No. 369. LEHIGH VALLEY RAILROAD COMPANY *v.* ALLIED MACHINERY COMPANY OF AMERICA. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm submitted November 7, 1921. Decided November 14, 1921. *Per Curiam*. Dismissed for